UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>Defendant | No. 17-mj-358 |

## ORDER UNSEALING PLEA PROCEEDINGS

The Court being in receipt of the government's letter of November 1, 2017, and having considered the government's representation that sealing of the docket and associated materials are no longer necessary, it is hereby

ORDERED that the Clerk of the Court shall unseal and make available on the public docket any and all documents filed with the Court pertaining to the above-captioned case; and it is further

ORDERED that the docket in the above-captioned criminal case (No. 17-mj-358) shall be unsealed in its entirety.

Date: November 1, 2017

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Hon. Theresa C. Buchanan
United States Magistrate Judge