```
                                                                1
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division




-------------------------------:
                               :
UNITED STATES OF AMERICA       :
                               :
                               :
     -vs-                      :    Case No. 1:17-mj-358
                               :
                               :
GEORGE PAPADOPOULOS,            :
              Defendant.       :
                               :
-------------------------------:




                   INITIAL APPEARANCE HEARING

                         July 28, 2017

           Before:   Theresa C. Buchanan, Mag. Judge
```

APPEARANCES:

Brandon Van Grack, Jeannie S. Rhee, and Andrew D. Goldstein,
Counsel for the United States

The Defendant, George Papadopoulos, in person

1   NOTE:  The case is called to be heard at 3:02 p.m. as
2 follows:
3   THE CLERK:  The United States versus under seal case
4 17-mj-358.
5   MR. VAN GRACK:  Good afternoon, Your Honor.  Brandon
6 Van Grack, Jeannie Rhee, and Andrew Goldstein on behalf of the
7 United States.
8   THE COURT:  All right.  Mr. Papadopoulos, you have
9 been charged in a criminal complaint.  Would you please stand,
10 sir.
11   You have been charged in a criminal complaint
12 alleging that in January and February of 2017 in this
13 jurisdiction -- in the Washington -- in Washington, D.C.,
14 excuse me, that you made a false statement, in violation of 18
15 U.S. Code section 1001; and obstructed justice, in violation of
16 18 U.S. Code section 1519.
17   Counsel, what is the possible penalty for this
18 offense?
19   MR. VAN GRACK:  For 18 U.S.C. 1001, the maximum
20 penalty is five years imprisonment, a $250,000 fine, and three
21 years supervised release.
22   For the obstruction count, 18 U.S.C. 1519, the
23 maximum penalty is 20 years incarceration, $250,000 penalty,
24 and three years of supervised release.
25   THE COURT:  You have the right to be represented by

1  an attorney.  You can retain your own attorney.  Or if you
2  cannot afford one, the Court would appoint one to represent you
3  without charge.
4           Is the Government seeking detention?
5           MR. VAN GRACK:  No, Your Honor, at this time we are
6  not seeking detention.  We have some conditions of release.
7           THE COURT:  All right.
8           MR. VAN GRACK:  The first would be for the defendant
9  to surrender his passport.
10          The second would be for the defendant to refrain from
11 communicating with any individuals, organizations, or entities
12 that were identified in the complaint.
13          And then the last would be to restrict the
14 defendant's travel to this district, the District of Columbia,
15 or the Northern District of Illinois without prior approval
16 from Pretrial Releases, except for the need to attend any court
17 proceedings.
18          The defendant is located in the Northern District of
19 Illinois, and that's why we would ask for that.
20          THE COURT:  All right.  Mr. Papadopoulos, do you plan
21 to retain your own attorney, or do you need court-appointed
22 counsel?
23          THE DEFENDANT:  I do have my own attorney.
24          THE COURT:  All right.  I'm going to release you on
25 your personal recognizance subject to Pretrial Services

1 supervision.  You must surrender your passport.

2          Is that in the possession of the Government now?

3          MR. VAN GRACK:  Yes, Your Honor.  There are two

4 passports, and we are in possession of both of them.

5          THE COURT:  All right.  And not obtain any new travel

6 documents.

7          You may not have any communication with any

8 individuals or entities who are listed in the complaint.

9          And you may not -- your travel will be restricted to

10 the Washington, D.C. metropolitan area, and the Northern

11 District of Illinois, without getting permission from Pretrial

12 Services or the Court.

13          You will be released upon those conditions.

14          And do you have a date for him to appear in D.C.?

15          MR. VAN GRACK:  Your Honor, we are reaching out to

16 Chief Judge Howell as soon as this hearing is over in order to

17 schedule a preliminary hearing.

18          THE COURT:  All right.  Well, you will have to appear

19 in the District of Columbia when told to do so, Mr.

20 Papadopoulos.  Understood?

21          THE DEFENDANT:  Yes.

22          THE COURT:  You'll be released upon those conditions.

23          THE DEFENDANT:  Is it possible to know what

24 individuals and entities I'm not to --

25          THE COURT:  You're going to have to give him a list.

5

1        MR. VAN GRACK:  Yes, Your Honor.
2        THE COURT:  All right, he'll be released.  Thank you.
3        Let me give you your motions back so that I don't
4   have to worry about shredding them.
5        MR. VAN GRACK:  Okay.  Thank you.
6        THE COURT:  Could you give those back to the
7   Government.
8        There were two motions to seal there.  I want to give
9   those back to the Government.
10       Keep that.  Give those back to them.
11       MR. VAN GRACK:  Your Honor, for the court to have
12  been sealed for this proceeding, I believe there are findings
13  you would have to make in order to have this in fact hearing
14  sealed.
15       THE COURT:  No.  Because the case is under seal.  So
16  this is sealed too.  Automatically.  Okay.
17       MR. VAN GRACK:  Okay, Your Honor.  Thank you.
18       NOTE:  The hearing concluded at 3:06 p.m.
19       ---------------------------------------------------

C E R T I F I C A T E  of  T R A N S C R I P T I O N

I hereby certify that the foregoing is a true and accurate transcript that was typed by me from the recording provided by the court.  Any errors or omissions are due to the inability of the undersigned to hear or understand said recording.

Further, that I am neither counsel for, related to, nor employed by any of the parties to the above-styled action, and that I am not financially or otherwise interested in the outcome of the above-styled action.

/s/ Norman B. Linnell

Norman B. Linnell

Court Reporter - USDC/EDVA